THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MARIN EXPRESS LUBE & DIAGNOSTIC CENTER and PETER'S BEACON; PETER JIZRAWI & JULI JIZRAWI, as trustees of the JIZRAWI FAMILY 1999 TRUST; and PETER S. JIZRAWI, as an individual dba MARIN EXPRESS LUBE & DIAGNOSTIC CENTER and PETER'S BEACON,<br><br>    Defendants. | **CASE NO. C04-3479 JCS**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 18, 2005          THOMAS E. FRANKOVICH,
                              *A PROFESSIONAL LAW CORPORATION*

                              By:   /s/
                                    Jennifer L. Steneberg
                              Attorney for Plaintiffs PATRICK CONNALLY and
                              DISABILITY RIGHTS ENFORCEMENT,
                              EDUCATION SERVICES: HELPING YOU
                              HELP OTHERS

Dated: July 15, 2005          LAW OFFICES OF MARTIN J. MALKIN

                              By:   /s/
                                    Martin J. Malkin
                              Attorneys for Defendant PETER JIZRAWI & JULI
                              JIZRAWI

## **ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  July 19, 2005

                              /s/ Joseph C. Spero
                              Hon. Joseph C. Spero
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                                    2